**1116**

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Assault with intent to rape is the offense; penalty assessed at confinement in the penitentiary for a period of twenty years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### William J. PADGETT v. STATE.
#### No. 16270.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

J. Meek Hawkins, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Burglary is the offense; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### William J. PADGETT v. STATE.
#### No. 16271.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

J. Meek Hawkins, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, three years in the penitentiary.

Appellant has made in proper form his affidavit requesting that he be permitted to withdraw his appeal. The motion is granted.

The appeal is dismissed.

### Olva Ketron PADGETT v. STATE.
#### No. 16272.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

J. Meek Hawkins, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

Appellant has made in due form her affidavit requesting that she be permitted to withdraw her appeal. The request is granted.

The appeal is dismissed.

### Lee PARKER v. STATE.
#### No. 16136.

Court of Criminal Appeals of Texas.
June 21, 1933.

Rehearing Denied Oct. 18, 1933.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for keeping and maintaining a building as a place in which to store intoxicating liquor; punishment, two and one-half years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.

### Ex parte Ivan POOLE.
#### No. 16409.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.